1. MICHAEL P. THORMAN #63008
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2. 24301 Southland Drive, Suite 312
   Hayward, CA 94545
3. Phone (510) 785-8400
   Fax (510) 670-0955
4.
   Attorneys for Defendant Sufian Al-Khalidi
5.

FILED
FEB 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF CALIFORNIA
OAKLAND DIVISION

UNITED STATES OF AMERICA,

No.: 4-07-70057-WDB  [handwritten: 4-07-70078 WDB]

v.

[PROPOSED] ORDER AMENDING TERM OF PRETRIAL RELEASE

HASSAN SWAID et al,

Defendants.

Based on the stipulation of the parties, the terms of defendant Sufian Al-Khalidi's pretrial release are modified so as to allow contact between said defendant and defendants Hassan Swaid and Wahidullah Ahmadi so long as there are no discussions about the matters charged in the complaint unless defendants' counsel are present.

Dated: February 21, 2007

WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE

cc: WDB's Stats, Pretrial, Financial   Copy to parties via ECF